1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Perez-Meixuero

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Case No. 08mj0580
                                       )
12              Plaintiff,             )
                                       )
13 v.                                  )   PROOF OF SERVICE
                                       )
14 **OSCAR PEREZ-MEIXUERO,**           )
                                       )
15              Defendant.             )
                                       )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: February 28, 2008                    _s/ Bridget L. Kennedy_
                                               **BRIDGET L. KENNEDY**
23                                             Federal Defenders
                                               225 Broadway, Suite 900
24                                             San Diego, CA 92101-5030
                                               (619) 234-8467  (tel)
25                                             (619) 687-2666  (fax)
                                               e-mail:bridget_kennedy@fd.org
26

27

28