AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | WAIVER OF INDICTMENT |
| OSCAR PEREZ-MEIXUERO<br>aka Zackary David McKerr | |
| | CASE NUMBER: 08CR932-BEN |

I, OSCAR PEREZ-MEIXUERO aka Zackary David McKerr, the above named defendant, who is accused of:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Oscar Perez Meixuero_
OSCAR PEREZ-MEIXUERO
Defendant

_Bridget Kennedy_
BRIDGET KENNEDY
Counsel for Defendant

Before _____
JUDICIAL OFFICER